**SEALED**

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON GRAND JURY 2018-2
DECEMBER 18, 2018 SESSION

FILED
DEC 18 2018
RORY L. PERRY II, CLERK
U.S. District Court
Southern District of West Virginia

**UNITED STATES OF AMERICA**

v.    CRIMINAL NO. 2:18-cr-297

18 U.S.C. § 922(g)(1)
18 U.S.C. § 924(a)(2)
26 U.S.C. § 5861(d)
26 U.S.C. § 5871

**JEFFERY LEE TURLEY**

# INDICTMENT

## COUNT ONE
### (Felon in possession of a firearm)

1. On or about March 17, 2018, at or near Ranger, Lincoln County, West Virginia, and within the Southern District of West Virginia, defendant JEFFERY LEE TURLEY did knowingly possess a firearm, that is, a New England, Model Pardner SBI, 20-gauge shotgun, in and affecting interstate commerce.

2. At the time defendant JEFFERY LEE TURLEY possessed the aforesaid firearm, he had been convicted of crimes each punishable by a term of imprisonment exceeding one year, as defined in 18 U.S.C. § 921(a)(20), that is,

    a.    convicted on or about February 1, 2016, in the Circuit Court of Lincoln County, West Virginia, for the felony offense of malicious wounding, in violation of West Virginia Code § 61-2-9(a); and

    b.   convicted on or about April 17, 2003, in the 122nd District Court of Galveston County, Texas, for the felony offense of aggravated assault, in violation of Penal Code § 22.02.

In violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

## COUNT TWO
**(Possession of an unregistered firearm)**

On or about March 17, 2018, at or near Ranger, Lincoln County, West Virginia, and within the Southern District of West Virginia, defendant JEFFERY LEE TURLEY did knowingly possess a firearm, as defined in 26 U.S.C. § 5845(a), that is, a New England, Model Pardner SBI, 20-gauge shotgun, which was not registered to him in the National Firearms Registration and Transfer Record as required by 26 U.S.C. § 5861(d).

In violation of Title 26, United States Code, Sections 5861(d) and 5871.

## FORFEITURE

In accordance with 28 U.S.C. § 2461(c), 26 U.S.C. § 5872, 18 U.S.C. § 924(d)(1), and Rule 32.2(a) of the Federal Rules of Criminal Procedure, and premised upon the conviction of defendant JEFFERY LEE TURLEY of a violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2), and 5861(d) and 5871, as set forth in this Indictment, defendant JEFFERY LEE TURLEY shall forfeit to the United States any firearm or ammunition involved in or used in such firearms offense, including, but not limited to a New England, Model Pardner SBI, 20-gauge shotgun, serial number unknown.

The above described firearm was seized on or about March 28, 2018.

                                        MICHAEL B. STUART
                                        United States Attorney

By: _____
                                        CHRISTOPHER R. ARTHUR
                                        Assistant United States Attorney